# AFFIDAVIT OF SERVICE ON A CORPORATION

| | | |
|---|---|---|
| State of: District of Columbia | County of: | |
| Court: U.S. District | Index #: | 1:05CV0972 |
| | Date Purchased: | 5/16/2005 |

*Plaintiff/Petitioner:*

**International Painters And Allied Trades Industry Pension Fund**

*Defendant/Respondent:*                vs:

**Ortega Construction Methods, Inc.**

State of: NY
County of: Niagara

Thomas J Richau II, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: Niagara Falls, NY
that on: **5/31/2005** at: **1:45 pm** at: 23 Palmer Place, Lancaster, NY 14086
deponent served the within:

**Summons In A Civil Case & Complaint**

\*        PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*        Return Date if any:

ON: **Ortega Construction Methods, Inc.**

CORPORATION    A corporation, by delivering thereat a true copy of each to: Michelle R. Graap
☒        personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Managing Agent ,thereof an authorized person to accept service of process.

DESCRIPTION    SEX: Female,    SKIN COLOR: White,    AGE: 36 - 50 Yrs.,    HEIGHT: 5'4" - 5'8",
☒        HAIR COLOR: Brown,    WEIGHT: 131 - 160 Lbs.,
        Other identifying features:
                Glasses

WITNESS FEE    $    the authorizing traveling expenses and one day's witness fee was paid(tendered) to the
☐        Defendant.

Sworn to before me on this: 6/1/2005

_____
Notary Public
*[signature: Nancy B. Adams]*

NANCY R. ADAMS
Notary Public, State of NY
Qualified in Niagara County
My Commission Expires
March 27, 2006

_____ ss
Print name below signature
Thomas J Richau II

Action#: 200510507        Client File#:

27141.PL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

Ortega Construction Methods, Inc.

CASE NUMBER: 1:05CV0972

JUDGE: REGGIS B. WALTON

( DECK TYPE: LABOR/ERISA (NON-EMPLYMNT)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

Ortega Construction Methods, Inc.
23 Palmer Place
Lancaster, New York  14086

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SHELLEY R. GOLDNER, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 16 2005
CLERK                                      DATE


(By) DEPUTY CLERK