IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ORTEGA CONSTRUCTION METHODS, INC. ) <br> ) <br> Defendant ) | Civil Action No. <br> 05-972 (RBW) |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, Ortega Construction Methods, Inc., for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Shelley R. Goldner.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                                        BY:/s/ Shelley R. Goldner
                                              SANFORD G. ROSENTHAL, ESQUIRE
                                              (I.D. NO. 478737)
                                              SHELLEY R GOLDNER, ESQUIRE
                                              (I.D. NO. 483329)
                                              The Penn Mutual Towers, 16th Floor
                                              510 Walnut Street, Independence Square
                                              Philadelphia, PA 19106-3683
                                              (215) 351-0611/0644

Date: June 24, 2005                Attorneys for Plaintiff

154785-1