## CERTIFICATE OF SERVICE

I, SHELLEY R. GOLDNER, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Ortega Construction Methods, Inc.
>23 Palmer Place
>Lancaster, NY 14086

>/s/ Shelley R. Goldner
>SHELLEY R. GOLDNER, ESQUIRE

DATE: June 24, 2005

154785-1