Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

    Plaintiff(s)

    V.

Civil Action No. 05-cv-972-RBW

ORTEGA CONSTRUCTION METHODS INC

    Defendant(s)

RE: ORTEGA CONSTRUCTION METHODS INC

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/31/2005, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of July, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _[signature]_
    Deputy Clerk