IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) Plaintiff ) v. ) ) ORTEGA CONSTRUCTION METHODS, INC. ) ) Defendant ) | Civil Action No. 05-972 (RBW) |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Ortega Construction Methods, Inc. in the amount of $26,293.71, and for injunctive relief. On June 24, 2005, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on or about July 20, 2005.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Ex. 1), the Declaration of Shelley R. Goldner (attached as Ex. 2), the Jennings Sigmond attorneys' fees billing statement (attached as Ex. 3),

154789-1

and a proposed default judgment.

                              Respectfully submitted,

                              JENNINGS SIGMOND, P.C.

                      BY: s/ Shelley R. Goldner
                            SANFORD G. ROSENTHAL, ESQUIRE
                            (I.D. NO. 478737)
                            SHELLEY R. GOLDNER, ESQUIRE
                            (I.D. NO. 483329)
                            The Penn Mutual Towers, 16th Floor
                            510 Walnut Street, Independence Square
                            Philadelphia, PA 19106-3683
                            (215) 351-0611/0644

Date: July 20, 2005          Attorneys for Plaintiff

154789-1