IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 05-972 (RBW) |
| v. | ) ) | |
| ORTEGA CONSTRUCTION METHODS, INC. | ) ) | |
| Defendant | ) | |

### DECLARATION OF SHELLEY R. GOLDNER, ESQUIRE

Shelley R. Goldner, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1. I am an associate with the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from the George Washington University Law Center in 1980 and was admitted as a member of the Bar of the District of Columbia in 2003. I have been a member of the Pennsylvania Bar since 1980. I have represented employee benefit plans such as the Pension Fund since 2002. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through June 28, 2005.

2. Attached as Exhibit 3 is an itemized statement detailing the unpaid attorneys' fees and costs incurred by the Pension Fund through June 28, 2005, in connection with collecting

154789-1



delinquent contributions and other amounts from Defendant. Based upon my review of Exhibit 3, the Fund has incurred $1,817.48 in attorneys' fees and costs.

                                              I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 28, 2005                          s/ Shelley R. Goldner
                                                      SHELLEY R. GOLDNER