IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | Civil Action No. 05-972 (RBW) |
| v. | ) ) | |
| ORTEGA CONSTRUCTION METHODS, INC. | ) ) | |
| Defendant | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES – June 2005**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 6/14/05 | SRG | Memo regarding Litigation Status | 0.4 |
| 6/21/05 | SRG | Review of Docket for Answer<br>Letter to P. Gilbert for Schedule for Default Motion | 0.2 |
| 6/23/05 | SRG | Review of Correspondence from P. Gilbert Regarding Payment for Current Contributions | 0.2 |
| 6/24/05 | SRG | Preparation of Request to Enter Default<br>Preparation of Motion for Default Judgment<br>Phone conference with P. Gilbert Regarding Period for Audit | 2.3 |
| 6/28/05 | SRG | Check Docket for Entry of Default<br>Preparation of Motion for Default Judgment<br>Preparation of Supporting Affidavits<br>Calculate fees<br>Preparation of Exhibits<br>Letter to T. Montemore re: Declaration for Motion | 2.5 |

**Total: 5.6**

June Summary
SRG    5.6 Hrs x $200.00  =    $1,120.00

      **Grand Total:**            **$1,817.48**

154068-1



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-972 (RBW) |
| Plaintiff | | |
| v. | | |
| ORTEGA CONSTRUCTION METHODS, INC. | | |
| Defendant | | |

**JENNINGS SIGMOND ATTORNEYS' FEES – June 2005**

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 6/14/05 | SRG | Memo regarding Litigation Status | 0.4 |
| 6/21/05 | SRG | Review of Docket for Answer<br>Letter to P. Gilbert for Schedule for Default Motion | 0.2 |
| 6/23/05 | SRG | Review of Correspondence from P. Gilbert<br>Regarding Payment for Current Contributions | 0.2 |
| 6/24/05 | SRG | Preparation of Request to Enter Default<br>Preparation of Motion for Default Judgment<br>Phone conference with P. Gilbert Regarding<br>Period for Audit | 2.3 |
| 6/28/05 | SRG | Check Docket for Entry of Default<br>Preparation of Motion for Default Judgment<br>Preparation of Supporting Affidavits<br>Calculate fees<br>Preparation of Exhibits<br>Letter to T. Montemore re: Declaration for Motion | 2.5 |

**Total: 5.6**

June Summary
SRG   5.6 Hrs x $200.00  =     $1,120.00

**Grand Total:**     **$1,817.48**

154068-1



REPRINT OF BILLED DETAILS (as billed)

```
                        Bill number  PTINTF-27141-001 RBS
                           Bill date    06/10/05
```

International Painters and Allied Trades
  Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Ortega Construction Methods, Inc.   (27141)

FOR PROFESSIONAL SERVICES RENDERED

```
05/09/05 SGR   Review of Correspondence from Fund regarding New
               Delinquency Case
               Review of Documents
               Preparation of Litigation Memo
                                      .40 hrs   200  /hr       80.00
05/10/05 SRG   Review of File
               Review of Documents
               Run and Review D&B Report
               Preparation of Complaint
               Letter to P. Gilbert Regarding Filing of
               Complaint
               Review of Correspondence From P. Gilbert
                                     1.50 hrs   200  /hr      300.00
05/18/05 CTM   Review of Electronic Court Documents regarding
               Summons and Complaint
                                      .10 hrs    70  /hr        7.00
05/19/05 SRG   Review of Correspondence
               Review of Documents
               Complaint Sent for Service of Process
                                      .10 hrs   200  /hr       20.00
                                                            -----------
               TOTAL FEES                               $      407.00
```

DISBURSEMENTS

```
05/12/05 7100  FILING FEE - COMPLAINT                         250.00
05/31/05 COPY  Photocopies                                     17.15
05/31/05 PO    Postage Charges                                 23.33
                                                            -----------
               TOTAL DISBURSEMENTS                      $      290.48
```

BILLING SUMMARY

```
               TOTAL FEES                               $      407.00

               TOTAL DISBURSEMENTS                      $      290.48
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-001 RBS                                             Page      2
                                                              -----------
          TOTAL CHARGES FOR THIS BILL                  $          697.48
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-ALL RBS                                              Page     1


          REPORT TOTALS

          TOTAL FEES                                                407.00

          TOTAL DISBURSEMENTS                                       290.48
                                                                -----------
                                                                    697.48
```