## CERTIFICATE OF SERVICE

I hereby certify this 20th day of July, 2005, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Shelley R. Goldner and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Ortega Construction Methods, Inc.
23 Palmer Place
Lancaster, NY 14086


DATE: July 20, 2005                    s/ Shelley R. Goldner
                                       SHELLEY R. GOLDNER, ESQUIRE

154789-1