

# Novak | Francella
### LLC | CERTIFIED PUBLIC ACCOUNTANTS

To the Trustees of the
    IUPAT Industry Pension Fund

We have applied certain procedures, as discussed below, to the payroll records of Ortega
Construction Methods Inc, a contributing employer to the IUPAT Industry Pension Fund, for the
period January 1, 2004 through June 30, 2005. The purpose of our review was to assist you in
determining whether contributions to the Trust Funds are being made in accordance with the
collective bargaining agreement in effect and with the Trust Agreements of the Funds. The
propriety of the contributions is the responsibility of the employer's management.

Our procedures included a review of the pertinent provisions of the collective bargaining
agreements and compared underlying employer payroll records to the Funds contribution records.
The employer records we reviewed included payroll journals, individual earnings records,
payroll tax returns, contribution reports, job classifications, and general disbursement records as
appropriate. The scope of this engagement was limited to records made available by the
employer and would not necessarily disclose all exceptions in employer contributions to the
Trust Funds. Any compensation paid to employees not disclosed to us or made part of the
written record was not determinable by us and was not included in our review.

Our procedures related to a review of the employer's payroll records only and did not extend to
any financial statements of the contributing employer. The procedures were substantially less in
scope than an audit of the financial statements of the contributing employer, the objective of
which is the expression of an opinion on the contributing employer's financial statements.
Accordingly, no such opinion is expressed.

This report is intended solely for the information and use of the specified parties and is not
intended to be and should not be used by anyone other than these specified parties.

The exceptions to employer contributions noted are detailed on the accompanying schedule.

August 19, 2005



**IUPAT Industry Pension Fund**

### PAYROLL COMPLIANCE REVIEW

### SUMMARY

Employer: Ortega Construction Methods Inc

Period Covered : January 1, 2004 through June 30, 2005

| | | L.U.P.A.T Pension Fund | National LMCI Fund | PAT Fund | JATC Fund | Annuity Fund | Total |
|---|---|---|---|---|---|---|---|
| | 2004 | $    691.20 | $    10.80 | $    6.48 | $    10.80 | $    324.00 | $    1,043.28 |
| | 2005 | 11,195.05 | 168.46 | 101.08 | 168.46 | 5,467.75 | 17,100.80 |
| **TOTAL CONTRIB. DUE** | | $  11,886.25 | $   179.26 | $   107.56 | $   179.26 | $   5,791.75 | $   18,144.08 |
| Interest : | | 414.08 | 4.26 | 2.57 | 4.26 | - | 425.17 |
| Cost of Audit | | 1,618.66 | 16.69 | 16.69 | 16.69 | - | 1,668.73 |
| **TOTAL AMOUNT DUE** | | | | | | | $   20,237.98 |

**SUMMARY OR REASON FOR UNDER/OVER  REPORTED CONTRIBUTIONS:**

A - Contributions due on all hours worked.
B - Hours reported to funds, but contributions were not paid.

10/27/2005 12:59 PM    IUPAT Pension Fund    2029930479    4/5

# IUPAT Industry Pension Fund

COMPANY: Ortega Construction Methods Inc
ADDRESS: 23 Palmer Place, Lancaster NY 14086-2145
CONTACT: Ms. Michele Camp
PH NUMBER: 716-681-0331

REVIEW PERIOD: January 1, 2004 through June 30, 2005
AUDITOR: Patricia C. Baker
LOCAL: DC 04

Reasons For Deficiencies (RFD)
A - Contribution due on all hours worked
B - Hours reported to fund, but contributions were not paid.

## 2004

### Contributions Due For

| EMPLOYEE | SSN | Union # | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carson, D | 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 | 4 | A | HOURS | | | | | | | | | | 152.00 | | | 152.00 |
| | | | | WAGES | | | | | | | | | | $3,707.28 | | | $3,707.28 |
| Ho, T | 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 | 4 | A | HOURS | | | | | | | | | | 24.00 | | | 24.00 |
| | | | | WAGES | | | | | | | | | | $561.36 | | | $561.36 |
| Phillips, J | 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 | 4 | A | HOURS | | | | | | | | | | 40.00 | | | 40.00 |
| | | | | WAGES | | | | | | | | | | $935.60 | | | $935.60 |
| TOTAL HOURS | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 216.00 | 0.00 | 0.00 | 216.00 |
| TOTAL WAGES | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $5,204.24 | $ - | $ - | $5,204.24 |

### Amount Due

| FUND | RATES | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/1/03 | 5/1/04 | | | | | | | | | | | | | | |
| IUPAT PENSION $ per hour | $3.00 | $3.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $691.20 | $0.00 | $0.00 | $691.20 |
| NAT'L IAMC FUND $ per hour | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.80 | $0.00 | $0.00 | $10.80 |
| PAT FND $ per hour | $0.08 | $0.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.48 | $0.00 | $0.00 | $6.48 |
| JAC FUND $ per hour | $0.05 | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.80 | $0.00 | $0.00 | $10.80 |
| ANNUITY FUND $ per hour | $1.50 | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $324.00 | $0.00 | $0.00 | $324.00 |
| TOTAL | $4.68 | $4.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,043.28 | $0.00 | $0.00 | $1,043.28 |

# IUPAT Industry Pension Fund

COMPANY: Ortega Construction Methods Inc
ADDRESS: 23 Palmer Place, Lancaster NY 14086-2145
CONTACT: Ms. Michele Group
PH NUMBER: 716-681-0831

REVIEW PERIOD: January 1, 2004 through June 30, 2005
AUDITOR: Patricia C. Baker
LOCAL: DC 04

**Reasons For Deficiencies (RFD)**
A - Contribution due on all hours worked.
B - Hours reported to funds, but contribution were not paid.

## 2005 — Contributions Due For — Amount Due

| EMPLOYEE | SSN | Union # | RFD | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bushman, D | 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 | 4 | B | HOURS | | | | | 40.00 | 191.00 | | | | | | | 231.00 |
| | | | | WAGES | | | | | $841.96 | $3,884.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,726.65 |
| Baron, R | 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 | 4 | B | HOURS | | | | | | 72.00 | | | | | | | 72.00 |
| | | | | WAGES | | | | | | $561.28 | | | | | | | $561.28 |
| Carson, D | 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 | 4 | B | HOURS | | | 80.00 | | | | | | | | | | 80.00 |
| | | | | WAGES | | $1,951.20 | | | | | | | | | | | $561.28 |
| Casal, W | 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 | 4 | B | HOURS | | 173.00 | 77.00 | 190.00 | 256.00 | | | | | | | | 686.00 |
| | | | | WAGES | | $4,219.47 | $1,878.03 | $2,702.70 | $5,001.32 | | | | | | | | $13,801.52 |
| Coda, Osaldo | 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 | 4 | B | HOURS | | 104.00 | | | | | | | | | | | 104.00 |
| | | | | WAGES | | $2,452.56 | | | | | | | | | | | $2,452.56 |
| Hill, N | 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 | 4 | B | HOURS | | 24.00 | | | | | | | | | | | 24.00 |
| | | | | WAGES | | $561.36 | | | | | | | | | | | $561.36 |
| Eid, T | 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 | 4 | B | HOURS | | 184.00 | 119.00 | 72.00 | 246.00 | | | | | | | | 621.00 |
| | | | | WAGES | | $4,109.76 | $2,783.41 | $1,408.24 | $4,899.92 | | | | | | | | $13,390.33 |
| McCabe III, C | 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 | 4 | B | HOURS | | 5.00 | | 48.00 | | | | | | | | | 53.00 |
| | | | | WAGES | | $116.93 | $1,172.72 | $177.00 | | | | | | | | | $1,289.67 |
| Phillips, J | 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 | 4 | B | HOURS | | 188.00 | 121.50 | 4,008.78 | | | | | | | | | $334.30 |
| | | | | WAGES | | $4,517.32 | $2,963.39 | $1,268.28 | $4,008.78 | | | | | | | | $3,757.77 |
| Pezimelli, D | 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 | 4 | B | HOURS | | 117.00 | | | | | | | | | | | 117.00 |
| | | | | WAGES | | $2,736.63 | | | | | | | | | | | $2,736.63 |
| Roper, B | 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 | 4 | B | HOURS | | 14.00 | 40.00 | 40.00 | 200.00 | | | | | | | | 294.00 |
| | | | | WAGES | | $327.46 | $935.60 | $841.96 | $3,506.00 | | | | | | | | $5,653.00 |
| Remicidio, B | 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 | 4 | B | HOURS | | 178.50 | 24.00 | 146.00 | | | | | | | | | 348.50 |
| | | | | WAGES | | $4,175.12 | $361.16 | $2,724.64 | | | | | | | | | $7,461.12 |
| Tinta, T | 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 | 4 | B | HOURS | | 72.00 | 92.00 | 39.00 | | | | | | | | | 183.00 |
| | | | | WAGES | | $1,684.08 | $748.48 | $912.21 | | | | | | | | | $4,373.93 |
| Wadena, O | 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 | 4 | B | HOURS | | 56.00 | 48.00 | | | | | | | | | | 104.00 |
| | | | | WAGES | | $1,309.54 | $1,122.72 | $1,069.16 | | | | | | | | | $2,452.26 |
| Worley, T | 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 | 4 | B | HOURS | | 7.00 | | | | | | | | | | | 7.00 |
| | | | | WAGES | | $163.73 | | | | | | | | | | | $163.73 |
| | | TOTAL HOURS | | | 0.00 | 1,202.50 | 599.50 | 402.00 | 1,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,560.00 |
| | | TOTAL WAGES | | $ | $28,499.18 | $12,165.71 | $8,648.93 | $24,539.66 | $ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,583.63 |

### RATES

| FUND | | RATES 5/04 | 5/05 |
|---|---|---|---|
| I.U.P.A.T PENSION | $ per hour | $3.20 | $3.45 |
| NATL LMCT FUND | $ per hour | $0.05 | $0.05 |
| PAT FUND | $ per hour | $0.03 | $0.03 |
| JATC FUND | $ per hour | $0.05 | $0.05 |
| ANNUITY FUND | % of wages | $1.50 | $1.75 |
| TOTAL | | $4.83 | $5.33 |