IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff<br><br>v.<br><br>ORTEGA CONSTRUCTION METHODS, INC.<br><br>Defendant | Civil Action No.<br>05-972 (RBW) |

JENNINGS SIGMOND, P.C. MARCH 2006 ATTORNEYS' FEES

Shelley R. Goldner, Esquire        SRG

| Date | Attorney | Task | Time |
|---|---|---|---|
| 3/7/06 | SRG | Phone Conference with T. Montemore Regarding Status<br>Review of Correspondence from T. Montemore | 0.1 |
| 3/17/06 | SRG | Review of Documents<br>Review of File<br>Letter to Court to Register Judgment in NY | 0.5 |
| 3/20/06 | SRG | Preparation of Local Counsel Fee Agreement<br>Phone Call to M. Stulmaker<br>Phone Call to T. Montemore Regarding Audit and Post-Judgment Delinquency<br>Letter to T. Montemore and P. Gilbert Regarding Same | 1.3 |
| 3/21/06 | SRG | Phone Call to M. Stulmaker<br>Review of Correspondence from T. Montemore<br>Review and Revision of Letter to Attorney M. Stulmaker<br>Letter to Client Regarding Job Information for NY Lien Law<br>Review of Correspondence from T. Montemore<br>Preparation of Motion for Supplemental Judgment<br>Phone Conference with P. Burris Regarding Update, Payments Made Toward Judgment, Audit Shortages, Company Still Working, Local Union Forwarding Reports (x2) | 3.5 |

166474-v1


EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff | )<br>) | Civil Action No.<br>05-972 (RBW) |
| v. | )<br>) | |
| ORTEGA CONSTRUCTION METHODS, INC. | )<br>)<br>) | |
| Defendant | ) | |

**JENNINGS SIGMOND, P.C. MARCH 2006 ATTORNEYS' FEES**

| **Date** | **Attorney** | **Task** | **Time** |
|---|---|---|---|
| 3/22/06 | SRG | Review of Correspondence from P. Gilbert<br>Review of Update Schedule<br>Phone Call to T. Montemore<br>Review and Revision of Letter to M. Stulmaker<br>Preparation of Motion for Supplemental Judgment | 3.9 |
| 3/23/06 | SRG | Preparation of Motion for Supplemental Judgment | 0.1 |
| | | Total: | 9.4 |

**March 2006 Summary:**

| | |
|---|---|
| 3/06 JS Fees SRG  9.4 hrs  x  $200.00: | $1,880.00 |
| JS Fees and Costs 6/28/06 through 2/28/06 | $1,643.11 |

**Grand Total:**          **$3,232.63**

166474-v1

Report ID: OT2025 - 3901　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed By  SMGR
Tuesday, March 21, 2006　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　　1

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27141 | Ortega Construction Methods | Sigmond, Richard B. |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/26/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Judgment |
| 10/11/2005 | SRG | 1.00 | 1.00 | 200.00 | $200.00 | | | Review of Default Judgment Order Draft Demand Letter |
| 10/19/2005 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Letter to Attorney D. Hock Regarding Local Counsel Inquiry |
| 10/26/2005 | SRG | 0.30 | 0.30 | 200.00 | $60.00 | | | Memo Regarding Ordering Certified Judgment Review of Correspondence from P. Gilbert Regarding Audit |
| 10/27/2005 | SRG | 0.90 | 0.90 | 200.00 | $180.00 | | | Letter to Court Regarding Certified Judgment Phone Call to E. Boron (Voicemail) Review of Correspondence from P. Gilbert Review of Correspondence from P. Gilbert Review of Updated Schedule Review of Audit Report Demand Letter - Ortega Regarding Audit Summary and Current Delinquency |
| 10/28/2005 | SRG | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with P. Gilbert Phone Call from E. Boron Phone Conference with Attorney E. Boron Regarding Local Counsel Referral Review of Documents |
| 11/8/2005 | SRG | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Attorney E. Boron Regarding Local Counsel Referral |
| 11/16/2005 | SRG | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence Regarding Certified Judgment Review of File Review of Documents Draft Local Counsel Fee Agreement |
| 11/17/2005 | SRG | 0.50 | 0.50 | 200.00 | $100.00 | | | Letter to E. Boron Phone Conference with T. Montemore Regarding Status of Delinquency and Litigation Letter to T. Montemore Review of Documents |
| 11/22/2005 | SRG | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Correspondence from T. Montemore Regarding Missing Reports, Settlement Negotiations, Execution on Judgment Letter to T. Montemore |
| 1/26/2006 | SRG | 0.40 | 0.40 | 200.00 | $80.00 | | | Letter to T. Montemore Memo Regarding Litigation Status |
| 1/30/2006 | SRG | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Litigation Tracking Report |

**Billed Time Totals** | | 4.90 | 4.90 | | $954.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/14/2005 | $21.50 | 7100 | Certified Judgment Fee |
| 10/26/2005 | $0.84 | COPY | Photocopies |

Report ID: OT2025 - 3901
Tuesday, March 21, 2006

Printed By  SMGR
Page  2

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 11/17/2005 | $0.28 | COPY | Photocopies |
| 11/18/2005 | $0.42 | COPY | Photocopies |

**Billed Expenses Totals**   $23.04

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 4.90 | 4.90 | $954.00 | $23.04 | $977.04 |

*** End Of Report ***

```
REPRINT OF BILLED DETAILS (as billed)


                        Bill number  PTINTF-27141-001 RBS
                              Bill date   06/10/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Ortega Construction Methods, Inc.    (27141)

FOR PROFESSIONAL SERVICES RENDERED

05/09/05 SGR   Review of Correspondence from Fund regarding New
                 Delinquency Case
               Review of Documents
               Preparation of Litigation Memo
                                         .40 hrs  200  /hr       80.00
05/10/05 SRG   Review of File
               Review of Documents
               Run and Review D&B Report
               Preparation of Complaint
               Letter to P. Gilbert Regarding Filing of
                 Complaint
               Review of Correspondence From P. Gilbert
                                        1.50 hrs  200  /hr      300.00
05/18/05 CTM   Review of Electronic Court Documents regarding
                 Summons and Complaint
                                         .10 hrs   70  /hr        7.00
05/19/05 SRG   Review of Correspondence
               Review of Documents
               Complaint Sent for Service of Process
                                         .10 hrs  200  /hr       20.00
                                                              -----------
               TOTAL FEES                               $        407.00

DISBURSEMENTS

05/12/05 7100 FILING FEE - COMPLAINT                             250.00
05/31/05 COPY Photocopies                                         17.15
05/31/05 PO   Postage Charges                                     23.33
                                                              -----------
               TOTAL DISBURSEMENTS                      $        290.48

BILLING SUMMARY

               TOTAL FEES                               $        407.00

               TOTAL DISBURSEMENTS                      $        290.48
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-001 RBS                                              Page      2
                                                                 -----------
         TOTAL CHARGES FOR THIS BILL                    $            697.48
```

REPRINT OF BILLED DETAILS (as billed)

                    Bill number PTINTF-27141-002 RBS
                         Bill date   07/11/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Ortega Construction Methods, Inc.   (27141)

FOR PROFESSIONAL SERVICES RENDERED

06/03/05 SRG  Review of Affidavit of Service; Calendar Answer
              Due Date
                                        .20 hrs  200  /hr     40.00
06/14/05 SRG  Memo Regarding Litigation Status
                                        .40 hrs  200  /hr     80.00
06/21/05 SRG  Review of Docket for Answer
              Letter to P. Gilbert for Schedule for Default
              Motion
                                        .20 hrs  200  /hr     40.00
06/23/05 SRG  Review of Correspondence from P. Gilbert
              Review of Updated Schedule
                                        .10 hrs  200  /hr     20.00
06/24/05 SRG  Preparation of Request to Enter Default
              Preparation of Motion for Default Judgment
              Phone Conference with P. Gilbert Regarding Period
              for Audit
                                       2.30 hrs  200  /hr    460.00
06/28/05 SRG  Check Docket
              Preparation of Motion for Default Judgment
              Preparation of Supporting Affidavits for Motion
              Calculate Fees
              Letter to T. Montemore Regarding Declaration
                                       2.50 hrs  200  /hr    500.00
06/30/05 CTM  Review of Dockets regarding Clerk's Default
              Memo to File
                                        .30 hrs   70  /hr     21.00
                                                            -----------
              TOTAL FEES                                $   1,161.00

DISBURSEMENTS

06/09/05 7100 Service of Summons/Complaint                   102.90
06/30/05 COPY Photocopies                                      7.70

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-002 RBS                                                Page    2
                                                                 -----------
         TOTAL DISBURSEMENTS                              $           110.60

BILLING SUMMARY

         TOTAL FEES                                       $         1,161.00

         TOTAL DISBURSEMENTS                              $           110.60
                                                                 -----------
         TOTAL CHARGES FOR THIS BILL                      $         1,271.60
```

REPRINT OF BILLED DETAILS (as billed)

```
                         Bill number PTINTF-27141-003 RBS
                           Bill date   08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Ortega Construction Methods, Inc.    (27141)

FOR PROFESSIONAL SERVICES RENDERED

```
07/01/05 CTM   Review of Docket regarding Clerk's Default Entry
               Memo to File
                                     .30 hrs    70  /hr      21.00
07/05/05 CTM   Review of Docket regarding Default Status
               Phone Conference with Judge's Clerk regarding
               Same
                                     .30 hrs    70  /hr      21.00
07/06/05 CTM   Phone Conference with Judge's Clerk regarding
               Default
                                     .20 hrs    70  /hr      14.00
07/11/05 SRG   Review of Memo Regarding Entry of Default
                                     .10 hrs   200  /hr      20.00
07/13/05 CTM   Phone Conference with Judge's Clerk regarding
               Default
                                     .10 hrs    70  /hr       7.00
07/20/05 CTM   Phone Conference with Judge's Clerk regarding
               Default Entry
                                     .20 hrs    70  /hr      14.00
07/20/05 SRG   Review of Entry of Default
               Letter to P. Gilbert Regarding Motion
               Review of Correspondence from P. Gilbert
               Regarding same
               Revise Motion
               Preparation for Filing
                                     .50 hrs   200  /hr     100.00
07/28/05 SRG   Review of Correspondence from P. Gilbert
               Regarding Audit
                                     .10 hrs   200  /hr      20.00
                                                          -----------
               TOTAL FEES                              $     217.00
```

DISBURSEMENTS

```
07/31/05 COPY  Photocopies                                    4.41
07/31/05 PO    Postage Charges                                2.58
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-003 RBS                                              Page    2

                                                                -----------
            TOTAL DISBURSEMENTS                         $              6.99

BILLING SUMMARY

            TOTAL FEES                                  $            217.00

            TOTAL DISBURSEMENTS                         $              6.99
                                                                -----------
            TOTAL CHARGES FOR THIS BILL                 $            223.99
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27141-ALL RBS                                              Page     1


             REPORT TOTALS

        TOTAL FEES                                              1,785.00

        TOTAL DISBURSEMENTS                                       408.07
                                                               ----------
                                                                2,193.07
```