## CERTIFICATE OF SERVICE

I, SHELLEY R. GOLDNER, ESQUIRE, state under penalty of perjury that the foregoing Motion for Entry of Supplemental Judgment against Defendant was served by mailing same first class mail, postage pre-paid on the date below addressed to:

Ortega Construction Methods, Inc.
23 Palmer Place
Lancaster, NY 14086

/s/ SHELLEY R. GOLDNER
SHELLEY R. GOLDNER, ESQUIRE

Date: March 27, 2006

166321-1