IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> ORTEGA CONSTRUCTION METHODS, INC. ) <br> ) <br> Defendant ) | Civil Action No. <br> 05-972 (RBW) |

**SATISFACTION OF JUDGMENT**

NOW COMES the Plaintiff, International Painters and Allied Trades Industry Pension Fund, by and through its undersigned counsel, and notifies the Court that the Judgment entered by the Court on September 26, 2005, has been satisfied in full by the Defendant.

Respectfully submitted,

JENNINGS SIGMOND, P.C.


BY: /s/ Kent Cprek
KENT CPREK
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0615

Attorneys for the Fund

Date: September 22, 2006