IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | Civil Action No. |
| Plaintiff | ) | 05-972 (RBW) |
| v. | ) ) | |
| ORTEGA CONSTRUCTION METHODS, INC. | ) ) | |
| Defendant | ) | |

### SATISFACTION OF SUPPLEMENTAL JUDGMENT

NOW COMES the Plaintiff, International Painters and Allied Trades Industry Pension Fund, by and through its undersigned counsel, and notifies the Court that the Supplemental Judgment entered by the Court on April 23, 2006, has been satisfied in full by the Defendant.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.


    BY: /s/ Kent Cprek
    KENT CPREK
    Bar No. 478231
    SANFORD G. ROSENTHAL
    Bar No. 478737
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611/0615

    Attorneys for the Fund

Date:  September 22, 2006